**Order entered September 14, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00699-CV

## IN THE INTEREST OF C.B., ET AL., CHILDREN

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-18-00992-X**

## ORDER

Although ordered to file the reporter's record in this parental termination case no later than September 8, 2020, court reporter Pamela Sumler has failed to comply. Accordingly, we **ORDER** Ms. Sumler, Official Court Reporter for the 305th Judicial District Court, to file the reporter's record **no later than September 21, 2020**. *To ensure the record is filed as ordered, the trial court must arrange a substitute reporter if necessary. See* TEX. R. APP. P. 28.4(b)(1). We caution that, should the record not be filed by September 21st, an order that Ms. Sumler not sit as a reporter until she complies may issue.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Cheryl Lee Shannon, Presiding Judge of the 305th Judicial District Court; Ms. Sumler; and, the parties.

/s/    KEN MOLBERG
         JUSTICE